1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    RONALD EUGENE BERNAL

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )
                                  )   CR.S-09-0262-FCD
                  Plaintiff,      )
13                                )   **STIPULATION AND ORDER**
          v.                      )
14                                )   DATE: August 31, 2009
    RONALD EUGENE BERNAL,         )   TIME: 10:00 a.m.
15                                )   JUDGE: Hon. Frank C. Damrell Jr.
                  Defendant.      )
16                                )
                                  )
17  _____)

18      It is hereby stipulated and agreed to between the United States of

19  America through LAUREL WHITE, Assistant U.S. Attorney, and defendant,

20  RONALD EUGENE BERNAL, by and through his counsel, BENJAMIN GALLOWAY,

21  Assistant Federal Defender, that the status conference set for Monday,

22  August 31, 2009 be continued to Monday, September 28, 2009 at 10:00

23  a.m..

24      The reason for this continuance is to allow defense counsel

25  additional time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27      Speedy trial time is to be excluded from the date of this order

28  through the date of the status conference set for September 28, 2009

1  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3

4  DATED: August 27, 2009          Respectfully submitted,
                                    DANIEL J. BRODERICK
5                                   Federal Defender

6                                   /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
7                                   Assistant Federal Defender
                                    Attorney for Defendant
8                                   WILLIAM MICHAEL QUENNEVILLE

9

10 DATED: August 27, 2009          LAWRENCE G. BROWN
                                    United States Attorney
11
                                    /s/ Benjamin Galloway for
12                                  LAUREL WHITE
                                    Assistant U.S. Attorney
13                                  Attorney for Plaintiff

14

15

16
                            **O R D E R**
17
     **IT IS SO ORDERED.**  Time is excluded from today's date through and
18
   including September 28, 2009 in the interests of justice pursuant to 18
19
   U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
20
   T4.
21

22
   DATED: August 28, 2009.
23

24

25  _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE
26

27

28

                                    **2**