1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RONALD EUGENE BERNAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-09-262-FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: October 19, 2009 |
| RONALD EUGENE BERNAL, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Frank C. Damrell Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through LAUREL WHITE, Assistant U.S. Attorney, and defendant, RONALD EUGENE BERNAL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, September 28, 2009, be continued to a status conference/change of plea hearing for Monday, October 19, 2009, at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for

October 19, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 22, 2009     Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /S/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RONALD EUGENE BERNAL

DATED:   September 22, 2009     LAWRENCE G. BROWN
                                            United States Attorney

                                            /s/ Benjamin Galloway for
                                            LAUREL WHITE
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 19, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 23, 2009

                                            FRANK C. DAMRELL JR.
                                            UNITED STATES DISTRICT JUDGE