```
LAWRENCE G. BROWN
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00262-FCD |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RONALD EUGENE BERNAL, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ronald Eugene Bernal, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Ronald Eugene Bernal's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)  1 OCZ Technology digital memory card;

    b)  Compact disks containing visual depictions of minors engaged in sexually explicit conduct; and

    c)  1 V803 Kodak Easyshare digital camera.

1     2.  The above-listed property constitutes or is traceable to
2  gross profits or other proceeds obtained from a violation of 18
3  U.S.C. § 2252(a) and 18 U.S.C. § 2252(a)(4)(B), or was used or
4  intended to be used to commit or to promote the commission of
5  said violations.
6     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
7  designee) shall be authorized to seize the above-listed property.
8  The aforementioned property shall be seized and held by the
9  United States, in its secure custody and control.
10    4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11 U.S.C. § 853(n), and Local Rule 83-171, the United States shall
12 publish notice of the order of forfeiture.  Notice of this Order
13 and notice of the Attorney General's (or a designee's) intent to
14 dispose of the property in such manner as the Attorney General
15 may direct shall be posted for at least 30 consecutive days on
16 the official internet government forfeiture site
17 www.forfeiture.gov.  The United States may also, to the extent
18 practicable, provide direct written notice to any person known to
19 have alleged an interest in the property that is the subject of
20 the order of forfeiture as a substitute for published notice as
21 to those persons so notified.
22        b.  This notice shall state that any person, other than
23 the defendant, asserting a legal interest in the above-listed
24 property, must file a petition with the Court within sixty (60)
25 days from the first day of publication of the Notice of
26 Forfeiture posted on the official government forfeiture site, or
27 within thirty (30) days from receipt of direct written notice,
28 whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 3rd day of November, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE