```
BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00262-FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD EUGENE BERNAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about November 4, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Ronald Eugene Bernal forfeiting to the United States the following property:

       a)   1 OCZ Technology digital memory card;

       b)   Compact disks containing visual depictions of minors engaged in sexually explicit conduct; and

       c)   1 V803 Kodak Easyshare digital camera.

AND WHEREAS, beginning on November 4, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

1 | forfeiture site www.forfeiture.gov.  Said published notice
2 | advised all third parties of their right to petition the Court
3 | within sixty (60) days from the first day of publication of the
4 | notice for a hearing to adjudicate the validity of their alleged
5 | legal interest in the forfeited property;
6 |     AND WHEREAS, the Court has been advised that no third party
7 | has filed a claim to the subject property, and the time for any
8 | person or entity to file a claim has expired.
9 |     Accordingly, it is hereby ORDERED and ADJUDGED:
10 |     1.  A Final Order of Forfeiture shall be entered forfeiting
11 | to the United States of America all right, title, and interest in
12 | the above-listed property pursuant to 18 U.S.C. § 2253, to be
13 | disposed of according to law, including all right, title, and
14 | interest of Ronald Eugene Bernal.
15 |     2.  All right, title, and interest in the above-listed
16 | property shall vest solely in the United States of America.
17 |     3.  The United States Marshals Service shall maintain
18 | custody of and control over the subject property until it is
19 | disposed of according to law.
20 |     SO ORDERED this 8th day of April, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE