PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00262-KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RONALD EUGENE BERNAL, | |
| Defendant. | |

This matter is before the Court on the unopposed motion of the United States of America requesting that the Clerk of the Court be directed to designate victim M.S. as the recipient of any restitution payments made by defendant Ronald Eugene Bernal.

Whereupon the Court, having considered the unopposed motion of the United States and being duly advised in the premises now finds that the motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Clerk of the Court shall disburse all restitution funds to M.S., rather than M.S.'s former representative Lori A. Boyle.  Within 10 days of the entry of this Order, the United States shall provide the Clerk of the Court with M.S.'s full name and address.

IT IS FURTHER ORDERED that the Clerk of the Court shall disburse to M.S. all previous restitution payments made by Bernal that have been designated as Unclaimed Funds.

ORDER

1    IT IS FURTHER ORDERED that this Order in no way impairs or alters Bernal's restitution
2 obligation that is set forth in the Court's Judgment entered on March 22, 2010.
3    IT IS SO ORDERED.
4    This Order resolved ECF No. 31.
5 DATED: March 9, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER